**Order entered May 6, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00203-CR

### EX PARTE KURNICUS HAYES

**On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. WX20-93394-T**

## ORDER

Before the Court is appellant's April 30, 2021 first motion to extend the time to file appellant's brief. As grounds for extension, appellant states he has not yet received the reporter's record and the clerk's record reflects the wrong underlying trial court case number.

The trial court's order denying relief indicates the trial court did not conduct a hearing on appellant's writ application. Therefore, there is no reporter's record in this case.

Turning to appellant's complaint about the clerk's record, we note that appellant's writ application indicates it was filed to address an alleged double

jeopardy issue which appellant contends invalidates his conviction in trial court cause no. F13-30966-T. Appellant's writ application references cause no. F13-30966-T as the applicable cause number, and it further indicates he appealed that conviction to this Court as appellate cause number 05-16-00740-CR. A review of our records shows appellate cause number 05-16-00740-CR involves an appeal from appellant's conviction in trial court cause number F13-30966-T. *See Hayes v. State*, No. 05-16-00740-CR, 2017 WL 5663612 (Tex. App.—Dallas Nov. 27, 2017, pet. ref'd) (not designated for publication). The clerk's record in cause no. 05-16-00740-CR contains a written order for a mistrial in appellant's first trial arising from a hung jury that reflects the circumstances appellant alleges in his writ application. Thus, it appears appellant filed his writ application to complain about an alleged double jeopardy issue in trial court cause no. F13-30966-T.

In processing appellant's writ application, the district clerk issued a writ cause number for the case: WX20-93394-T. However, when the district clerk filled out a line at the top of the writ application, the district clerk listed the underlying trial court number as F17-31318-T, an extraneous case involving appellant. All of the underlying trial court case documents filed with the clerk's record in the current appeal are documents from cause no. F17-31318-T. There are no documents in the clerk's record that arise from the proceedings in trial court cause no. F13-30966-T.

Appellant is appealing the trial court's November 23, 2020 order finding no issues requiring a hearing. In that order, the trial court concludes appellant's writ application is frivolous and denies relief on the merits. The trial court's order states it is issued in writ cause no. WX20-93394-T, but does not refer to either trial court cause number, and it does not provide any discussion of the case at issue.

Based on the record before us, the Court cannot determine whether the trial court issued its order finding the writ application frivolous as applied to trial court cause no. F13-30966-T or as applied to trial court cause no. F17-31318-T. To clarify the trial court's intent, we **ORDER** the trial court to review this matter and prepare findings of fact and conclusions of law stating whether the trial court's November 23, 2020 order finding no issues requiring a hearing in writ cause no. WX20-93394-T involved considering the writ application as applied to trial court cause no. F13-30966-T or as applied to trial court cause no. F17-31318-T. The trial court is **ORDERED** to conduct such proceedings or hearings as it deems necessary to make the appropriate findings of fact and conclusions of law.

We **ORDER** the trial court to transmit, within **THIRTY DAYS** of the date of this order, its written findings to the Dallas County District Clerk for filing in a supplemental clerk's record.

This appeal is **ABATED** to allow the trial court to comply with this order. The appeal shall be reinstated when the findings are received or at such other time

as the Court deems appropriate. The Court will set a new due date for filing appellant's brief upon reinstatement of the appeal.

We **DIRECT** the Clerk of the Court to transmit copies of this order to the Honorable Lela D. Mays, Presiding Judge, 283rd Judicial District Court; to Felicia Pitre, Dallas County District Clerk; to counsel for the State; and to Kurnicus Hayes, pro se.

/s/    ERIN A. NOWELL
        JUSTICE